JOHN KING, an insane person, by his guardian, ADDIE WILSON KING, v. WEIS-PATTERSON LUMBER COMPANY.

172 So. 693.
Order Entered February 13, 1937.

*Forsyth .Caro,* for Plaintiff in Error;

*Watson & Pasco & Brown,* for Defendant in Error.

PER CURIAM.—This cause coming on for consideration of plaintiff in error's motion to tax and allow costs in this case purusant to the judgment of reversal heretofore entered May 14, 1936 (King v. Weis-Patterson Lumber Co., 124 Fla. 272, 168 Sou. Rep. 858), and it appearing that the motion to tax costs was filed at the term at which the case was finally disposed of, it is thereupon ordered that the Clerk do tax the costs herein as follows:

Docket fee Supreme Court _____$12.00

Cost of issuance and recording writ of error and incidental papers in Circuit Court paid by plaintiff in error to Circuit Court Clerk to perfect appeal record _____ 5.93

Costs paid by plaintiff in error purusant to Section 4618 C. G. L., 2908 R. G. S., to procure issuance of writ of error _____ 34.55

Cost of preparing one original and one copy of transcript of record, 46000 words _____ 98.30

Cost of Clerk's verification of transcript __ 16.70

All of which let be certified as part of the mandate in this cause. See: Bay View Estates Corp. v. Southerland, 126 Fla. 239, 170 Sou. Rep. 732.

So ordered.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.